IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSEPH L. DAVIS,
REG. #01803025                                                                                          PLAINTIFF

VS.                                      2:06CV00016 WRW/HDY

JANE HUFF                                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the accompanying Memorandum and Order and this Judgment would be frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE